## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STACEY HUTSON and THOMAS HUTSON,<br>32924 Main St.<br>Millsboro, DE 19939<br><br>Plaintiffs,<br><br>V.<br><br>DOUGLAS SCOTT GRAY<br>4606 Cedar Pl.<br>Preston, MD 21655<br>and BRAMBLES ELECTRIC, INC.,<br>13183 Newtown Rd.<br>Queen Anne, MD 21657<br><br>Defendants. | Case No.:<br><br>TRIAL BY JURY DEMANDED |

### COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiffs by their attorneys, Francis J. Jones, Jr., Esq. and Morris James, LLP, sue the Defendants, Douglas Scott Gray and Brambles Electric, Inc. and state as follows:

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C., § 1332, because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and there is a complete diversity of citizenship between all parties.

2. Venue of this Court is involved pursuant to 28 U.S.C. § 1391(a), this being an action wherein jurisdiction is founded only on diversity of citizenship, and the District of Maryland is where a substantial part of the events or omissions giving rise to said claim occurred.

3. The Plaintiffs, Stacey Hutson and Thomas Hutson are wife and husband and reside at 32924 Main Street, Millsboro, Delaware 19939.

4. The Defendant, Douglas Scott Gray resides at 4606 Cedar Plaza, Preston, Maryland 21655.

5. The Defendant, Brambles Electric, Inc. and it's Registered Agent, Douglas Bramble reside at 13183 Newtown Road, Queen Anne, Maryland 21657.

## FACTS

6. Plaintiffs repeat the allegations set forth in paragraphs 1 through 5 as if fully set forth herein.

7. On October 2, 2017, Plaintiff, Stacey Hutson was working in the course of her employment and driving a vehicle owned by her employer, Pohanka of Salisbury.

8. On October 2, 2017, Defendant Douglas Gray was working in the course of his employment and driving a vehicle owned by his employer, Brambles Electric, Inc.

9. On October 2, 2017, Plaintiff Stacey Hutson was traveling northbound on Church Creek Road and had to slow for a vehicle making a turn. Defendant Douglas Gray was traveling directly behind her too closely and was unable to stop, rear ending the Plaintiff.

## COUNT I

10. Plaintiffs repeat the allegations set forth in paragraphs 1 through 9 as if fully set forth herein.

11. The aforesaid collision proximately resulted from the negligence of defendant in that:

(a) failed to give full time and attention to the operation of his motor vehicle, therefore being inattentive;

(b) operated his motor vehicle in a careless and imprudent manner endangering the life or person of an individual;

(c) failed to keep an appropriate lookout in violation of his common law duty;

(d) failed to exercise and maintain control of his motor vehicle at all times so as to keep it from colliding with another vehicle;

(e) failed to watch where he was going as to avoid an accident;

(f) failed to reduce his speed to avoid a collision;

(g) failed to observe due care and precaution for the safety of other vehicles and their occupants;

(h) operated, managed, and controlled his vehicle in a careless and dangerous manner under the circumstances then and there existing;

(i) failed to avoid an accident when it became apparent, to the said Defendant operator, that by continuing the same course and speed an accident would occur;

(j) in other respects was negligent in the operation of his motor vehicle under the conditions then and there existing.

12. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered severe and permanent personal injuries including, but not limited to, intervertebral disc displacement, lumbar region, requiring surgery (lumbar fusion).

13. As a consequence of her injuries, Plaintiff has been required to incur medical expenses for medical care and treatment, and will continue to incur medical treatment in the future.

14. As a further result of the negligence of the Defendant, Plaintiff has experienced substantial pain, suffering and discomfort, both physical and mental discomfort.

15.     As a result of her injuries Plaintiff has been unable to work and still has not returned to work and as such promptly has a lost wages claim and a loss of earning capacity claim.

### COUNT II

16.     Plaintiffs repeat the allegations set forth in paragraphs 1 through 15 as if fully set forth herein.

17.     Plaintiff Thomas Hutson is the husband of Plaintiff Stacey Hutson and has suffered loss of care, affection and consortium of his wife, Stacey Hutson.

### PRAYER FOR RELIEF

*WHEREFORE*, Plaintiffs, Stacey Hutson and Thomas Hutson, pray for judgment in their favor and against the Defendants, Douglas Scott Gray and Brambles Electric, Inc., for the special damages, general damages, including pain and suffering, interest, costs of this action and such other and further relief as the Court deems proper and just.

MORRIS JAMES, LLP

_____
Francis J. Jones, Jr., Esq. (Bar I.D. # 16842)
107 Market Street
Georgetown, Delaware 19947
(302) 651-3586
Attorney for Plaintiffs
fjones@morrisjames.com